```
 1 │ Salome Jenny Park (SBN: 173903)
   │ Associate Counsel, Residuals
 2 │ Writers Guild of America, west, Inc.
   │ 7000 W. Third Street
 3 │ Los Angeles, California 90048
   │ (323) 782-4700
 4 │ Fax: (323) 782-4816
   │ Attorney for Petitioner
```

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
OCT 17 2005
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

LODGED
2005 JUL 15 PM 1:10
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV 05-05162-R(PLAx)

| | |
|---|---|
| Writers Guild of America, west, Inc., | CASE NO.: |
| Petitioner, | [~~PROPOSED~~] ORDER AND JUDGMENT |
| vs. | DATE: 10/17/2005 |
| Graden Floe Productions, Inc., | TIME: 10:00 AM |
| Respondent. | CTRM: 8 |
| | Honorable Real |

ENTERED
CLERK, U.S. DISTRICT COURT
OCT 18 2005
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The regularly noticed Motion for Order Confirming the Arbitrator's Opinion and Award and for Entry of Judgment in Conformity Therewith of Petitioner Writers Guild of America, west, Inc. ("WGAw", "Guild" and/or "Petitioner") was ~~taken under submission~~ heard by the Honorable REAL on 10·17·05. Respondent Graden Floe Productions, Inc. ("Respondent") was duly served with notice of the proceeding but failed to file a responsive pleading. The Court having considered the pleadings and documents on file orders as follow:

1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in this proceeding as follows:

1. The Opinion and Award ("Award") signed by Edgar A. Jones, Jr., the sole neutral arbitrator, ("Arbitrator") on October 18, 2004 is confirmed in all respects.

2. Respondents shall:

   a. Pay the Guild residual compensation in the sum of $4,072.31, plus interest at 1.5 percent accrued as of August 12, 2004, in the sum of $1,631.72; interest continues to accrue at 1.5 percent per month until paid;

   b. Within thirty days, furnish the Guild the financial reports and the assumption agreements as required by the MBA;

   c. Pay the Guild $10,000.00 in damages for its failure to furnish the Guild with the required financial reports and assumption agreements;

3. Subject to any prior-perfected security agreement in favor of a third party, Complainant shall have the right to receive all monies owed Respondent by licensees, transferees, successors in interest, or other third parties, until all residuals and interest accrued have been paid in full;

4. The Guild shall pay the Arbitrator's fee of $2,015.00, and Court Reporter's fee, being hereby assigned the right to recover from Respondent its half share of the fees paid by the Guild;

5.  Jurisdiction is retained by the Arbitrator to resolve any dispute that may arise in the course of implementing this Award; and

6.  Respondent is further ordered to pay immediately to the WGAw attorneys' fees in the amount of $1,500.00 and costs in the amount of $150.00.

Dated: Oct. 17, 2005         _____
                             United States District Court Judge

3

F:\LEGAL\PJK\CL Petition to Confirm\02-CL-027\confirm proposed order and judgment.doc